# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cassling, Donald R. | 2. Court or Organization<br><br>Northern District of Illinois | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Suite 662<br>Chicago, IL 60604 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassling, Donald R.** | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CNB Bank & Trust, N.A. | Property No. 1 in Homer, Illinois | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Black Rock Global Allocation Class A MDLOX | B | Dividend | | | Sold | 01/16/13 | J | A | |
| 2. Black Rock Global Allocation Class A MDLOX | B | Dividend | | | Sold | 11/15/13 | M | E | |
| 3. Mohave AZ IDA Corr Contract RV A SYNGI ETM 5.00% 4/1/14 | C | Interest | | | Sold | 10/21/13 | M | D | |
| 4. VanKampen Unit Investment Trust 2012-4 (x) | E | Distribution | | | Sold | 11/12/13 | O | F | |
| 5. IShares MSCI EAFE Index ETF EFA | C | Dividend | | | Sold | 01/16/13 | M | E | |
| 6. Central Fund of Canada CEF | | None | | | Sold | 01/29/13 | K | A | |
| 7. IShares Select Div ETE PVY | D | Dividend | N | T | | | | | |
| 8. IShares Core S&P 500 ETF IVV | D | Dividend | N | T | | | | | |
| 9. SDPR S&P Dividend ETF SDY (x) | B | Distribution | N | T | | | | | |
| 10. Vanguard Total Stock Market ETF VTI | C | Dividend | M | T | | | | | |
| 11. Vanguard MSCI European ETF VCK (x) | A | Dividend | M | T | Buy | 12/04/13 | M | | |
| 12. Vanguard Dividend Appreciation ETF VIG (x) | C | Dividend | M | T | Buy | 03/20/13 | K | | |
| 13. Wisdom Tree Emerging Market ETF DEM (x) | C | Dividend | L | T | Buy | 03/20/13 | J | | |
| 14. Yacktman Fund CL Service Yacky (x) | A | Int./Div. | M | T | Buy | 12/04/13 | M | | |
| 15. Yacktman Fund Service CL Yacky (x) | C | Distribution | J | T | Distributed (part) | 12/31/13 | M | | |
| 16. Black Rock Global Allocation Inst. Class Malox (x) | D | Distribution | J | T | Distributed (part) | 12/19/13 | M | | |
| 17. Lincoln Am Legacy III & Annuity | | None | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Metlife Series LVA Annuity | | None | M | T | | | | | |
| 19. Property No. 1 in Homer, Illinois | F | Rent | P1 | W | | | | | |
| 20. Genworth Life and Annuity universal life insurance policy | C | Interest | L | T | | | | | |
| 21. BA CA N.A. RASP | | None | L | T | | | | | |
| 22. FIA Card Services NA RASP | | None | M | T | | | | | |
| 23. ML Bank Deposit Program | | None | K | T | | | | | |
| 24. Chase Bank checking/savings account | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Line 6:  Although this item shows a Gain Code of A, it was actually sold for a loss.

Section VII, Line 19:  The increase in value reported for this asset is primarily due to the estimated increase in land values in the part of the state where this property is located, but also due in small part to my inadvertently making an initial valuation that I now believe was too low.

Section VII, Line 20:  This life insurance policy was inadvertently omitted from past reports.

Section VII, Lines 21-24:  These checking, savings and money-market accounts were inadvertently omitted from past reports.  The value of the cash being held in these accounts as of 12/31/11 were as follows:  (1) American Money Market Funds -- Code M; (2) BA RI N.A. RASP -- Code M; (3) FIA Card Services N.A. RASP -- Code M; (4) Ready Assets Prime Money account -- Code F; and (5) Chase Bank checking and savings accounts -- Code K.  The value of the cash being held in these accounts as of 12/31/12 were as follows:  (1) American Money Market Funds -- Code M; (2) BA RI N.A. RASP -- Code J; (3) FIA Card Services N.A. RASP -- Code M; (4) Ready Assets Prime Money account -- Code F; and (5) Chase Bank checking and savings accounts -- Code K.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donald R. Cassling**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544